**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| WILLIE E. ROBINSON, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:16-cv-1957-RWS |
| SOTERIA LOSS PREVENTION FIRM, INC. and WOODROW TILLERY, | |
| Defendants. | |

## DEFAULT JUDGMENT

The defendant SOTERIA LOSS PREVENTION FIRM, INC., having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Richard W. Story, United States District Judge, by order of June 22, 2017, having directed that judgment issue in favor of plaintiff and against the defendant, it is hereby

ORDERED AND ADJUDGED, that the plaintiff WILLIE E. ROBINSON, recover from the defendant SOTERIA LOSS PREVENTION FIRM, INC., in the amount of $5,797.87 in unpaid overtime, $5,797.87 in liquidated damages, $5,730.00 in attorney's fee, and $550.00 in litigation expenses. It is further Ordered that defendant Tillery is dismissed and this action is closed.

Dated at Atlanta, Georgia this 22nd day of June, 2017.

JAMES N. HATTEN
CLERK OF COURT

By:   s/ Bao Tran Le
      Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   June 22, 2017
James N. Hatten
Clerk of Court


By:   s/ Bao Tran Le
      Deputy Clerk